UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHARLES LONG ASSOCIATES, and CHARLES             ORDER OF DISMISSAL
W. LONG

    -against-                                                     CV-03-6071 (DRH)

DYNA-EMPIRE INC.
-----------------------------------------------------------------X

    The Court having begun a bench trial on June 14, 2006, and the parties having settled the matter and a stipulation of settlement having been placed on the record,

    IT IS HEREBY ORDERED that the case is dismissed without prejudice to reopen should settlement not be consummated.

    The clerk is directed to close this case.


    SO ORDERED.

                                                                              /S/
                                                    DENIS R. HURLEY
                                                  United States District Judge

Dated: Central Islip, New York
        June 15, 2006